**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Randell Brice HARRIS, a/k/a Randall
Brice Harris, Defendant-
Appellant.**

**No. 16-7569**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 17, 2017

Decided: January 20, 2017

Randell Brice Harris, Appellant Pro Se.
Elizabeth Margaret Greenough, Office of
the United States Attorney, Charlotte,
North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and
KING, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Randell Brice Harris seeks to appeal the
district court's order and judgment deny-
ing relief on his 28 U.S.C. § 2255 (2012)
motion. The order is not appealable unless
a circuit justice or judge issues a certifi-
cate of appealability. 28 U.S.C.
§ 2253(c)(1)(B) (2012). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2012).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. Slack v. McDaniel, 529 U.S.
473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); see Miller–El v. Cockrell, 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. Slack, 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Harris has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

DISMISSED